IN THE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN CARPENTER,<br><br>                Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and LM GENERAL INSURANCE COMPANY,<br><br>                Defendants. | C.A. No. |

## NOTICE OF REMOVAL

Defendants Liberty Mutual Insurance Company and LM General Insurance Company (Collectively "Defendant") hereby remove the attached action pending in the Delaware Superior Court (the "Superior Court Action"), to the United States District Court for the District of Delaware pursuant to 28 U.S.C. 1332, and as for grounds for its removal, states as follows:

1. On July 19, 2022, Plaintiff Glenn Carpenter filed a lawsuit against Defendants in the Chancery Court of Delaware claiming equitable fraud, which is a claim subject to the exclusive jurisdiction of the Court of Chancery making the action non-removable. A copy of the initial Complaint in the Chancery Court is attached as **Exhibit A**.

2. Defendants moved to dismiss the action in the Court of Chancery for lack of subject matter jurisdiction on September 19, 2022 and a hearing was held on May 1, 2023.

3. The Court of Chancery dismissed the action for lack of jurisdiction on May 15, 2023, finding that a claim for equitable fraud could not survive, however, allowing leave to transfer the remainder of the action to the Superior Court of Delaware.

4. On June 9, 2023, Plaintiff filed a notice of transfer for the remainder of the action to the Superior Court of Delaware. A copy of the Notice of Transfer is attached as **Exhibit B**.

5. On June 29, 2023, Plaintiff filed an Amended Complaint in the Superior Court of Delaware, which is the current Operative Complaint in this action, attached as **Exhibit C**.

6. This Court has jurisdiction over the Superior Court Action under 28 U.S.C. 1332(a) because i) there is complete diversity of citizenship between Plaintiff Glenn Carpenter and Defendants, and ii) the matter in controversy, per the Amended Complaint, exceeds the value of $75,000, exclusive of interest and costs.

7. Plaintiff is a resident of the State of Delaware. *See* Ex. A, at pg. 7 ¶ 6.

8. Defendant Liberty Mutual is a company organized under the laws of the State of Illinois with a principal place of business at 175 Berkeley Street, Boston, Massachusetts. *See* Ex. A at pg. 1 (Notice of Service of Process page).

9. Plaintiff Glenn Carpenter filed an action for an Uninsured Motorist (UIM) Benefits claim, along with a Breach of the Covenant of Good Faith and Fair Dealing, Negligence and Equitable Estoppel exceeding a value of $75,000.00 as evidence by the allegations in the Amended Complaint seeking payment of $100,000.00 in addition to pursuing greater than $100,000 by seeking a judgment in which a second $100,000 in policy limits be available to Plaintiff. *See* Ex. C at ¶ 59, 64 and final WHEREFORE paragraph.

10. This Notice of Removal is being filed within 30 days of June 9, 2023 (the following business day as the 30th day falls on a Sunday), the date that Plaintiff filed the Notice of Transfer in the Superior Court of Delaware and when this action became removable. Removal is therefore timely in accordance with 29 U.S.C. 1446(c)(3).

11. Venue is proper in this Court pursuant to 28 U.S.C. 1441(a) and 1446(a) because the United States District Court for the District of Delaware is the federal judicial district that embraces the entire State of Delaware.

12. By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections

24613998v.1

it may have to this action.  Defendant Liberty Mutual intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses and rights.

| | |
|---|---|
| **Dated: July 10, 2023** | **KENNEDYS CMK LLP** |
| | <u>*/s/ Karine Sarkisian*</u><br>Karine Sarkisian (#6202)<br>919 N. Market Street, Suite 1550<br>Wilmington, DE 19801<br>302.308.6649<br>karine.sarkisian@kennedyslaw.com<br>*Counsel for Defendants* |

24613998v.1