IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-752-SRF |
| | ) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY and LM GENERAL | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **1st** day of **March, 2024**, the court having considered the briefing and submissions associated with Plaintiff's motion to remand (D.I. 3) and Defendants' motion to dismiss (D.I. 5), and for the reasons set forth in the Memorandum Opinion issued this same date, **IT IS ORDERED THAT** Plaintiff's motion to remand is **GRANTED** and Defendants' motion to dismiss is **DENIED AS MOOT**. The case is **REMANDED** to the Delaware Superior Court.

Sherry R. Fallon
United States Magistrate Judge